# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 12-CV-4146-JSR-AJP                                    Date Filed: 8/21/2012

Plaintiff:
**A.T., A MINOR BY HER PARENT AND NATURAL GUARDIAN, MADELINE SANCHEZ**

vs.

Defendant:
**CITY OF NEW YORK**

For:
Alissa Boshnack
ALISSA BOSHNACK, ESQ.

,

Received by GUARANTEED SUBPOENA** on the 24th day of August, 2012 at 7:45 pm to be served on **DETECTIVE JASON DEL TORO, 1 POLICE PLAZA, ROOM 1100, NEW YORK, New York County, NY 10038**.

I, Mohamed Bouri, being duly sworn, depose and say that on the **27th day of August, 2012** at **4:37 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS & AMENDED COMPLAINT** with **MS. BUFBY, POLICE ADMINISTRATIVE AIDE**, at **1 POLICE PLAZA, ROOM 1100, NEW YORK, New York County, NY 10038**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS & AMENDED COMPLAINT** in a postpaid envelope addressed to: **1 POLICE PLAZA, ROOM 1100, NEW YORK, New York County, NY 10038** and bearing the words "Personal & Confidential" by First Class Mail on **8/28/2012** and placed in an official depository of the U.S.P.S. in the State of New York.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 155, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: New York
County: Kings

Subscribed and Sworn to before me on the 29th day of August, 2012 by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

LEONIE ANNETTE STOVALL
Notary Public - State of New York
NO. 01ST6149851
Qualified in Kings County
My Commission Expires _____

_____ 8/29/12
**Mohamed Bouri**
1278466

**GUARANTEED SUBPOENA**
2009 Morris Avenue
Union, NJ 07083
(800) 672-1952

Our Job Serial Number: BNP-2012002353
Ref: 20120824170313
Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m