UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

A.T., minor, by her parent, and natural guardian,
MADELINE SANCHEZ,

                   Plaintiff,

     -against-

THE CITY OF NEW YORK, POLICE OFFICER JAMIL
PAYNE, and POLICE OFFICERS JOHN DOE,
Individually and in their Official Capacities,

                 Defendants.
------------------------------------------------------------- X

**INFANT COMPROMISE ORDER**

12 Civ. 4146 (JSR)

     **WHEREAS**, A.T., an infant plaintiff, through her parent and natural guardian, Madeline Sanchez, commenced this action by filing a complaint on or about May 24, 2012, alleging that the defendants violated plaintiff's federal civil and state common law rights; and

     **WHEREAS**, defendants City of New York and Sergeant Jamil Payne have denied any and all liability arising out of plaintiff's allegations; and

     **WHEREAS**, the parties have agreed to the settlement of the infant plaintiff's causes of action in the above-captioned cases for the total sum of Thirty Five Thousand ($35,000.00) Dollars and it appearing that the best interests of the infant will be served by said settlement, and that the infant was born on the 15th day of November, 1995; and

     **WHEREAS**, it appearing that all prerequisites of N.Y. C.P.L.R. § 1207 and 1208 have been met, for good cause having been shown to dispense with any particular requirement of New York State Law, pursuant to Local Civil Rule 83.2 of the United States District Court for the Southern District of New York,

     NOW, on motion of Alissa Boshnack, Esq., attorney for Plaintiff, ~~it is hereby:~~ and after an in-court hearing attended by all relevant persons on November 20, 2012, it is hereby:

**ORDERED**, that Madeline Sanchez, mother and natural guardian of the infant petitioner, be and hereby is authorized as empowered to settle and compromise the action herein in favor of the infant plaintiff, A.T., against defendants for the total sum of Thirty Five Thousand ($35,000.00) Dollars and to execute and deliver a general release, an affidavit of no liens, and a settlement agreement to effect such compromise, and to sign all papers necessary in that connection; and it is further

**ORDERED**, that out of the said sum defendant City of New York is authorized and directed to pay to Fisher & Byrialsen & Kreizer, PLLC, attorneys for the infant Plaintiff, the sum of Eleven Thousand Six Hundred and Sixty Six Dollars and 67/100 ($11,666.67) in full payment for attorneys' fees; and it is further

**ORDERED**, that the balance of the settlement, to wit: the sum of Twenty Three Thousand Three Hundred Thirty Three Dollars and 33/100 ($23,333.33) be paid by the defendant City of New York to Madeline Sanchez, as mother and natural guardian of the infant, jointly with an officer of **NYLIFE Securities, payable to National Financial Services, located at NYLIFE Securities, LLC, 51 Madison Avenue, room 251, New York, 10010** which account is for the sole use and benefit of said infant, A.T., to be deposited in said bank account in the guardian's name in trust for the said infant in an account upon the following conditions: (a) said account shall be fully insured at all times, (b) said amount shall be deposited in an account having the highest yield irrespective of whether it be a savings account, Certificate of Deposit, or other form of time deposit, the date of maturity of said deposit shall not extend beyond the date when said infant attains the age of eighteen (18) years, and upon maturity of said deposits, said funds shall continue to draw interest at the highest available yield, and (d) no withdrawal

- 2 -

from said account shall be permitted until the infant plaintiff reaches the age of eighteen (18) years, except upon further order of this Court; and it is further

**ORDERED**, that the said bank shall, upon said infant's demand therefore, and without further order of this Court, pay over to said infant when she reaches the age of eighteen (18) years, all monies held upon presentation of proper proof; and it is further

**ORDERED**, that all claims are resolved by this settlement.

SO ORDERED:

_____
Hon. Jed S. Rakoff, U.S.D.J.

11-23-12

ENDORSEMENT AT THE BOTTOM OF PAGE ONE OF 12CV4146 INFANT
COMPROMISE ORDER  DTD 11-23-2012:
"and after an in-court hearing attended by all relevant persons
on November 20, 2012 it is hereby:"