UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

A.T., minor, by her parent, and natural guardian,
MADELINE SANCHEZ,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
JAMIL PAYNE, and POLICE OFFICERS JOHN
DOE, Individually and in their Official Capacities,

                              Defendants.
-----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 Civ. 4146 (JSR)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

FISHER & BYRIALSEN & KREISER,
PLLC
*Attorneys for Plaintiff*
291 Broadway, Suite 709
New York, NY 10007

By: _____
Alissa Boshnack
*Attorney for Plaintiff*

Dated: New York, New York
         11 / 20 , 2012

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York
and Sergeant Jamil Payne*
100 Church Street, Rm. 3-195
New York, New York 10007

By: _____
Anthony DiSenso
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

12/24/12